UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMBERLYN MONTALVO,

                         Plaintiff,                            22-CV-01423 (PAE)(SN)

              -against-                                     **ORDER**

PAUL BAR & RESTAURANT CORP., et al.,

                         Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

         On August 22, 2022, Plaintiff filed an affidavit of service on Defendant Mohan Aluwalia. ECF No. 52. As of today, neither Defendant Aluwalia nor Defendants Paul Bar & Restaurant Corp. and Jose Maldonado have filed a notice of appearance, responsive pleading, or any other motion. No later than September 16, 2022, Plaintiff shall file a letter informing the Court whether Plaintiff has been in contact with Defendant Aluwalia or made any efforts to confirm receipt of service. The letter should also state whether Plaintiff intends to move for default judgment against the Defendants.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:      New York, New York
                 September 9, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/09/2022