UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMBERLYN MONTALVO,

       Plaintiff,       22-CV-01423 (PAE)(SN)

  -against-          <u>ORDER</u>

PAUL BAR & RESTAURANT CORP., et al.,

       Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  On May 31, June 7, and September 13, 2022, Plaintiff obtained Certificates of Default against Defendants Paul Bar & Restaurant Corp., Jose Maldonado, and Mohan Aluwalia. Accordingly, it is ORDERED that Plaintiff shall file a motion for default pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). The motion shall be filed by November 10, 2022, and must be supported by the following:

1. an attorney's affidavit or declaration setting forth:

    a. the basis for entering a default judgment, including a description of the method and date of service of the summons and complaint;

    b. legal authority for why such service was proper;

    c. the procedural history beyond service of the summons and complaint, if any;

    d. to the extent the Plaintiff believes an inquest into damages is unnecessary,

        i. legal authority for why an inquest into damages would be unnecessary; and

        ii. the proposed damages and the basis for each element of damages, including interest, attorney's fees, and costs.

2. a proposed default judgment.

A hearing will be held on November 17, 2022, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are required to comply with the Court's most recent COVID-19 safety guidance, including courtroom and entry protocols. Information about the Court's protocols is available at: https://nysd.uscourts.gov/covid-19-coronavirus. The parties should plan to arrive at least 30 minutes in advance to complete the entry screening process. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

Plaintiff is further ORDERED to immediately serve a copy of this order upon Defendants, and to thereafter serve a copy of Plaintiff's motion for default.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
             September 15, 2022