**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AMBERLYN MONTALVO,

                Plaintiff,                    22 **CIVIL** 1423 (JLR)(SN)

      -against-                     **JUDGMENT**

PAUL BAR & RESTAURANT CORP., et al,,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 12, 2023, the Court has adopted the R&R with a slight modification to the attorneys' fees awarded and will not include an award of prejudgment interest as it has not been requested. Thus, Plaintiff is awarded a total of $37,055.84, representing $12,659.70 in back pay and unlawfully deducted tips, $12,659.70 in liquidated damages, $10,611.25 in attorneys' fees, and $1,125.19 in costs. No prejudgment interest shall be awarded; accordingly, the case is closed.

**Dated:** New York, New York
          September 12, 2023

                                                      **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                 **BY:**          *K. Mango*

                                                             **Deputy Clerk**